UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


JESSE RONALD JORDAN                    CIVIL ACTION

VERSUS                                 NO: 05-4027

DIXIE PUMP AND SUPPLY, INC.            SECTION: "J" (1)
D/B/A PETE'S DIVING SERVICE


**ORDER**

Before the Court is Plaintiff's Motion for Summary Judgment on Liability. (Doc. 51.) The motion is opposed. (Doc. 55.) For the following reasons the Court finds the motion should be DENIED.

Plaintiff attempts to establish that defendant Consolidated Grain & Barge, Inc. ("CGB") violated Coast Guard and OSHA regulations and industry standards, thereby causing or contributing to the death of David Jordan. However, questions remain open as to material facts and the inferences to be drawn from them. Factual issues include the practicability of closing the gap between the barges, the lighting at the time of the accident, the identity of the party or parties responsible for assuring compliance with the regulations, and the proportionate

responsibility of those parties for the various conditions.

Under the standard of Rule 56, the Court should only grant summary judgment when "there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). The moving party bears the initial burden of demonstrating the absence of a genuine issue of material fact. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986). If that burden has been met, the non-moving party must then come forward and establish the specific material facts in dispute to survive summary judgment. *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 588 (1986).

Defendant has successfully identified specific issues of material fact raised by the record evidence. Therefore, summary judgment is inappropriate at this time. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment on Liability (Doc. 51) is **DENIED**; oral argument on the motion is **CANCELLED**.

New Orleans, Louisiana this the 10th day of October, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2